

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00470-CV

IN RE WHITEHEAD 633, LTD., AND WHITEHEAD 633 I, LLC          RELATORS

----------

## ORIGINAL PROCEEDING
## TRIAL COURT NO. 153-248794-10

----------

## MEMORANDUM OPINION[1]

----------

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

PER CURIAM

PANEL: SUDDERTH, MEIER, and GABRIEL, JJ.

DELIVERED: December 22, 2016

---

[1]See Tex. R. App. P. 47.4.